**1**

**Edwin B. CADWELL, Elwood C. Johnston, William D. Johnston, and Frank M. Ashley, Plaintiffs-Appellants, v. FIRESTONE TIRE & RUBBER CO., Defendant-Respondent.**

Circuit Court of Appeals, Second Circuit. January 20, 1928.

No. 7.

Appeal from the District Court of the United States for the Eastern District of New York.

Albert T. Scharps, of New York City (Morris Kirschstein, of New York City, of counsel), for appellants.

Albert L. Ely, of Akron, Ohio, and Charles Neave and Stephen H. Philbin, both of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (13 F.[2d] 483) affirmed.

---

**2**

**R. L. CROOK and Estate of Mrs. R. L. Crook, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Circuit Court of Appeals, Fifth Circuit. January 21, 1928.

No. 5143.

Petitions for Review of Decisions of the United States Board of Tax Appeals.

J. D. Wilkinson, C. H. Lewis, and W. S. Wilkinson, all of Shreveport, La. (Wilkinson, Lewis & Wilkinson, of Shreveport, La., on the brief), for petitioners.

Mabel Walker Willebrandt, Asst. Atty. Gen., A. W. Gregg, General Counsel Bureau of Internal Revenue, and L. W. Scott, Sp. Atty. Bureau of Internal Revenue, of Washington, D. C. (C. M. Charest, General Counsel Bureau of Internal Revenue, and John W. Fisher, Sp. Atty. Bureau of Internal Revenue, both of Washington, D. C., on the brief), for respondent.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. The Commissioner of Internal Revenue determined a deficiency in income tax for 1919 of $609.39 with respect to R. L. Crook, and of $1,379.97 with respect to the estate of his wife, and petitioners appealed to the Board of Tax Appeals for a redetermination of the deficiencies. The cases were consolidated before the board as they are here. The board found that petitioners had failed to overcome the presumption of correctness of the determination of the Commissioner and affirmed the determination of deficiencies made by him. We find nothing in the evidence in the record warranting a reversal of the decision of the board. Avery v. Com. of Int. Rev. (C. C. A.) 22 F.(2d) 6.

Affirmed.